■ ALBERT VALICENTI et al., Respondents, v. STATE OF NEW YORK, Appellant. (Claim No. 47610.) — COOKE, J.

Reynolds, J. P., Aulisi, Staley, Jr., Cooke and Sweeney, JJ., concur in memorandum by Cooke, J.